IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GEORGE WISE, MATTHEW PEKAR,
UTA MEYER, DAVID MARTINDALE,
and ROBERT WALKER                                                          PLAINTIFFS

V.                              4:18CV00466 JM

UNITED STATES DEPARTMENT OF
TRANSPORTATION, FEDERAL HIGHWAY
ADMINISTRATION and ARKANSAS DEPARTMENT
OF TRANSPORTATION                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendants and against the Plaintiffs.

IT IS SO ORDERED this 27th day of May, 2021.

_____
James M. Moody Jr.
United States District